■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CARDONA, Appellant. [672 NYS2d 800] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 21, 1994 (People v Cardona, 202 AD2d 602), affirming a judgment of the County Court, Westchester County, rendered July 28, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Thompson, J. P., Santucci, Friedmann and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAROUN EL-ASMAR, Appellant. [671 NYS2d 707] —Appeal by the defendant from a judgment of the County Court, Nassau County (DeRiggi, J.), rendered July 17, 1996, convicting him of rape in the first degree and sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). O'Brien, J. P., Sullivan, Pizzuto and Krausman, JJ., concur.